NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CGS-ASP SECURITY, JV, LLC,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2023-1471

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00237-RTH, Judge Ryan T. Holte.

---

**O R D E R**

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeal is dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

August 30, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 30, 2024.